**Order entered June 25, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-01763-CV

**CARDIOVASCULAR PROVIDER RESOURCES INC., Appellant**

**V.**

**CHARLES GOTTLICH M.D., Appellee**

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 11-08894**

## ORDER

The reporter's record in this case is overdue. By postcard dated March 28, 2014, we notified Sheretta Martin, Official Court Reporter for the 162nd Judicial District Court, that the reporter's record was overdue. We directed Ms. Martin to file the record within thirty days. To date, we have not received any response.

Accordingly, we **ORDER** Sheretta Martin to file, within **TEN DAYS** of the date of this order, either (1) the reporter's record; (2) written verification that no hearings were recorded or no request for the reporter's record has been made; or (3) written verification that appellant has not paid or made arrangements to pay for the record.

We notify appellant that if we receive verification that no request for the record has been made or that it has not paid for or made arrangements to pay for the record, we may order the appeal submitted without the reporter's record. *See* TEX. R. APP. P. 37.3(c).

We **DIRECT** the Clerk of the Court to send copies of this order, by electronic transmission, to all parties and to Sheretta Martin, Official Court Reporter for the 162nd Judicial District Court and to the Honorable Phyllis Lister Brown, Presiding Judge of the 162nd Judicial District Court.

/s/     ELIZABETH LANG-MIERS
        JUSTICE